THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Gregory McHam, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.  2005-UP-460
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  A jury found Gregory McHam guilty of simple possession of crack cocaine and trafficking cocaine.  The trial court sentenced him to ten years imprisonment for the possession charge and twenty-five years imprisonment for the trafficking charge.  McHam appeals his conviction arguing the trial court erred in refusing to suppress evidence against him because it resulted from an unlawful search of the vehicle he was driving.  In addition, McHam filed a pro se brief arguing the trial court erred in denying his motion for directed verdict on both charges.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.  
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.